[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 1, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11722
Non-Argument Calendar

_____

D. C. Docket No. 08-21131-CR-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROSA SERRANO,
a.k.a. Rosa Elena Tineo Duran,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 1, 2009)

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

Monique A. Brochu, appointed counsel for Rosa Serrano, has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Serrano's conviction and sentence are **AFFIRMED**.